**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:
JARED S. ROSENTHAL

Case No.:  16-13461SLM

HEARING DATE:  04/27/2016

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to the Debtor's proposed plan respectfully objects as follows:

- Debtor has failed to list all assets or income in violation of 11 U.S.C. Sections 521(a)(1)(B)(i) and 521(a)(1)(B)(ii).
  Specifically,  fails to include contribution from parents.

- The plan does not appear to be feasible pursuant to 11 U.S.C. Section 1325(a)(6), as the debtor will be unable to make payments under the plan and to comply with the plan.
  Specifically,  plan payments are insufficient to pay creditors in plan.

- The Debtor's Schedule "J" includes expenses not reasonably necessary for the support of the Debtor or his dependents.
  Specifically,  fails to include complete child support obligations and expenses paid by parents.

- Debtor has failed to provide proof of current income.
  Specifically,  commission income and parents contribution.

- Needs to retain matrimonial counsel.

WHEREFORE, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that confirmation of the Debtor's Chapter 13 plan in its present form be denied.

Dated:  April 07, 2016

By:   /S/Marie-Ann Greenberg
      Marie-Ann Greenberg, Esquire
      Chapter 13 Standing Trustee